Julian C. Roberts
Law Office of Julian Roberts
553 S. Murphy Avenue
Sunnyvale CA 94086
Phone: (408) 730-4710
Fax: (408) 730-8215

Attorney for the Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA –SAN JOSE DIVISION

In re:

Gregg and Francine Bellenkes

Debtors.

Case No. 10-56488
Chapter 13
Date: July 1, 2011 2:00pm
Judge: Honorable A. Weissbrodt

DEBTORS' RESPONSE TO CORRECTED HEARING DATE ON THE MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUIREMENT TO FILE OBJECTION.

**DEBTORS' RESPONSE TO CORRECTED HEARING DATE ON THE MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUIREMENT TO FILE OBJECTION.**

1. On June 23, 2011, Debtors received Notice Corrected Hearing Date on the Motion and Motion For Relief From the Automatic Stay and Requirement to File Objection.

2. Movant insisted that:

    "if no written objection is filed with the Court and a copy served on movant whose address of counsel is listed above, **WITHIN 14 DAYS** of service of the motion, the motion for relief from the automatic stay may be granted without further hearing."

    Movant's assertion is inconsistent with LBR 4001.

3. Debtors' response is that the Corrected Hearing Date on the Motion and Motion for Relief from the Automatic Stay is inconsistent with LBR 4001.

                                                                                                                        _/s/ Julian C. Roberts_
                                                                                                                        Julian C. Roberts
                                                                                                                        Attorney for Debtors